**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6689

In Re:  MICHAEL RAY HARVEY,

Petitioner.

On Petition for Writ of Mandamus. (CA-02-829-7)

Submitted:  August 20, 2004        Decided:  October 26, 2004

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Michael Ray Harvey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Ray Harvey filed this petition for writ of mandamus alleging that the district court has unreasonably delayed acting on Harvey's 42 U.S.C. § 1983 (2000) action. Harvey seeks an evidentiary hearing and an order requiring the district court to act. We find no unreasonable delay. Therefore, while we grant the motion for leave to proceed in forma pauperis, we deny the petition without prejudice to Harvey's right to refile. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED